# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00480-CR

**Edgar Penaloza, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. C-1-CR-15-217692, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Edgar Penaloza was convicted of possession of marihuana on May 3, 2016. He filed his notice of appeal on July 15, 2016. Although his notice of appeal states that a motion for new trial was filed on May 27, no such motion was filed in the underlying cause,[1] making the notice of appeal due no later than June 2. *See* Tex. R. App. P. 26.2(a)(1) (notice of appeal due within thirty days of date sentence is imposed in open court).

We therefore dismiss the appeal for want of jurisdiction. *See Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012) ("Timely filing of a written notice of appeal is a jurisdictional prerequisite to hearing an appeal. If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction.").

---

[1] Penaloza was also convicted on the same day of assault–family violence in trial court cause number C-1-CR-15-217691. A motion for new trial was filed in that cause alone, making arguments specific to the assault charge and making no assertions relevant to the possession charge.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed:   July 22, 2016

Do Not Publish